JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE SHANTELER, | **Case No. CV 17-03960 JGB (RAO)** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the decision of the Acting Commissioner of Social Security is **REVERSED** and this matter is **REMANDED** for further administrative action.

DATED: March 27, 2018

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE